UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 2:20-MJ-1059

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| RASHON DEMETRIC JORDAN | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced case be unsealed.

This the _____ day of January 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge